## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                          Case No. 22-20098-TPA
                                                Chapter 13

James L. Sabin Jr.
Pamela A. Sabin aka Pamela A. Porter

Debtor(s).

## NOTICE OF APPEARANCE

**LOANCARE, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of January, 2022, to the following:

Kenneth Steidl
Steidl & Steinberg
707 Grant Street Suite 2830
Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

James L. Sabin Jr.
454 Timms Ln
Belle Vernon, PA 15012

Pamela A. Sabin aka Pamela A. Porter
454 Timms Ln
Belle Vernon, PA 15012
*Debtor(s)*

By:        /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire