IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20098 TPA |
| James L. Sabin, Jr. | : | Chapter 13 |
| Pamela A. Sabin | : | Related to Docket No. 29 |
| Debtors | : | |
| | : | |
| James L. Sabin, Jr. | : | |
| Pamela A. Sabin | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Loan Care, LLC | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 24, 2022, a true and correct copy of the *Loss Mitigation Order Dated March 24, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

James L. Jr. & Pamela A. Sabin
454 Timms Lane
Belle Vernon, PA 15012

Steven K. Eisenberg
Stern and Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Date of Service: March 24, 2022

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No. 34965
ken.steidl@steidl-steinberg.com