FILED
8/2/22 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. 22-20098 TPA |
| James L. Sabin, Jr. | : | Chapter 13 |
| Pamela A. Sabin | : | Related to Docket No. 29 |
| Debtors | : | |
| | : | |
| James L. Sabin, Jr. | : | |
| Pamela A. Sabin | : | |
| Movants | : | |
| | : | |
| v. | : | |
| Loan Care, LLC | : | |
| Respondent | : | |

**ORDER OF COURT**

A *Loss Mitigation Order* dated <u>March 24, 2022</u>, was entered in the above

matter at Document No. <u>29</u>.  On July 22, 2022, a ***Motion to Extend the Loss Mitigation***

***Period*** was filed by the Debtor at Document No. <u>42</u>.


*AND NOW*, this <u>2nd</u> day of <u>August</u>, 2022, it is hereby

***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended***

***up to and including*** <u>September 4</u>, <u>2022</u>.

_____
Honorable Thomas P. Agresti       **nms**
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-20098-TPA |
|---|---|
| James L. Sabin, Jr. | Chapter 13 |
| Pamela A. Sabin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

**Recip ID              Recipient Name and Address**
db/jdb               +  James L. Sabin, Jr., Pamela A. Sabin, 454 Timms Lane, Belle Vernon, PA 15012-3509

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                              on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee
                              bnicholas@kmllawgroup.com

Daniel Philip Jones
                              on behalf of Creditor LOANCARE  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Kenneth Steidl
                              on behalf of Debtor James L. Sabin  Jr. julie.steidl@steidl-steinberg.com,
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                              eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
                              on behalf of Joint Debtor Pamela A. Sabin julie.steidl@steidl-steinberg.com
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                              eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: Aug 02, 2022                           Form ID: pdf900                               Total Noticed: 1

Office of the United States Trustee
                           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

                           cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg

                           on behalf of Creditor LOANCARE  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com


TOTAL: 7