IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20098 CMB |
|   James L. Sabin, Jr. | : | Chapter 13 |
|   Pamela A. Sabin | : | Related to Docket No. 29 |
|     Debtors | : | |
| | : | |
| James L. Sabin, Jr. | : | |
| Pamela A. Sabin | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| Loan Care, LLC | : | |
|     Respondent | : | |

## MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH LOANCARE, LLC OBTAINED THROUGH THE LOSS MITIGATION PROGRAM

AND NOW, comes the Debtors, James L. & Pamela A. Sabin by and through their attorney, Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1) This case was commenced on January 18, 2022 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.
2) The Debtors applied for the Loss Mitigation Program through the United State Bankruptcy Court for the Western District of Pennsylvania and have been approved for a final loan modification.
3) The terms of the new loan modification are as follows:
   a) The new balance owed is $142,607.24
   b) The interest rate is now 4.375%.
   c) The principal and interest payment is $642.94 per month, the The Escrow payment is $454.79 per month. This yields a new monthly mortgage payment of $1097.73 per month.
   d) Maturity date is August 1, 2062
   e) The effective date is September 1, 2022.
4) A chart comparing the terms of the original loan and the modified loan is attached hereto, made a part hereof and labeled Exhibit "A".
5) A copy of the Proposed Loan Modification Agreement is attached hereto, made a part hereof and labeled Exhibit "B".
6) A copy of the Portal Account History is attached hereto, made a part hereof and labeled Exhibit "C".
7) An amended plan will be filed once this loan modification has been approved by this Honorable Court.

WHEREFORE, the Debtors, James L. & Pamela A. Sabin, respectfully requests that this Honorable Court approve this loan modification agreement with LoanCare, LLC.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date of Service: October 19, 2022 | /s/ Kenneth Steidl |
|  | Kenneth Steidl, Esquire |
|  | Attorney for the Debtor |
|  | STEIDL & STEINBERG |
|  | 707 Grant Street |
|  | Suite 2830, Gulf Tower |
|  | Pittsburgh, PA 15219 |
|  | (412) 391-8000 |
|  | PA I.D. No. 34965 |
|  | ken.steidl@steidl-steinberg.com |