**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 22-20098 CMB
    James L. Sabin, Jr. : Chapter 13
    Pamela A. Sabin : Related to Docket No. 29
        Debtors :
     :
    James L. Sabin, Jr. :
    Pamela A. Sabin :
        Movants :
     :
        v. :
Loan Care, LLC :
    Respondent :

**LOAN MODIFICATION SUMMARY**

Property Valuation: $205,000.00      Source: Comparative market Analysis

Original Loan Amount: $ 159,900.00      Origination Date: April 30, 2007

Prepetition Arrears: $29,074.48

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $143,775.12 | **Principal Balance** | $145,607.24 |
| 6.2500% | **Interest Rate** | 4.375% |
| May 1, 2037 | **Maturity Date** | August 1, 2062 |
| $984.53 | **P&I Payment** | $642.94 |
| $397.84 | **Escrow Payment** | $454.79 |
| $1,382.37 | **Total Payment** | $1097.73 |
| N/A | **Balloon Payment** | N/A |
| N/A | **Cumulative Interest** | N/A |
| 70.13% | **LTV** | 71.03% |
| $3975.00 | **Ch. 13 Payment** | $3975.00 |
| $0.00 | **Ch. 13 Pmt. (Arrears)** | $0.00 |

**Any other term(s) in which there is a substantive difference between the original loan and the proposed modified loan:**