**EXHIBIT "C"**

## Currently Viewing:

Borrower Name: Sabin (Porter) , Pamela
Property Address: 454 Timms Lane Belle Vernon, PA 15012
Servicer Name: LoanCare
Loan Number:

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 03/28/2022 11:43:56 AM ET | Attorney | File Submitted |

File Submitted by Lauren Lamb.
The following documents were submitted:
Sabin (Porter) (Loan #) - Borrower Authorization (Added 03-28-2022)
Sabin (Porter) (Loan #) - HAMP Request for Mortgage Assistance (RMA) (Added 03-28-2022)
Sabin (Porter) (Loan #) - Uniform Borrower Assistance Form (Added 03-28-2022)
Sabin (Porter) (Loan #) - Mortgage Assistance Application Form 710 (Added 03-28-2022)
Sabin (Porter) (Loan #) - Financial Statement (Added 03-28-2022)
Sabin (Porter) (Loan #) - Hardship Letter (Added 03-28-2022)
Sabin (Porter) (Loan #) - IRS Form 4506-C (Added 03-28-2022)
Sabin (Porter) (Loan #) - Dodd-Frank Certification (Added 03-28-2022)
Sabin (Porter) (Loan #) - Government Monitoring Data (Added 03-28-2022)
Sabin (Porter) (Loan #) - Loancare Expense Statement (Added 03-28-2022)
Sabin (Porter) (Loan #) - LoanCare Tax Consent Form (Added 03-28-2022)
Sabin (Porter) (Loan #) - Non-Borrower Contributions - Non-borrower proof of occupancy (Added 03-28-2022) Sabin (Porter) (Loan #) - Non-Borrower Contributions - Non-Borrower credit authorization (Added 03-28-2022) Sabin (Porter) (Loan #) - Most Recent 2 Months Bank Statements (Added 03-28-2022)
Sabin (Porter) (Loan #) - Most Recent 2 Tax Returns (Added 03-28-2022)
Sabin (Porter) (Loan #) - Proof of Occupancy (Added 03-28-2022)
Sabin (Porter) (Loan #) - Loss Mitigation Order (Added 03-28-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 03/28/2022 05:29:56 PM ET | Servicer | File Opened |

File Opened by Cairo Columbus

| Date | Activity By | Action Taken |
|---|---|---|
| 03/28/2022 05:31:20 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: File Submitted
**Message:**
Good afternoon,

I have submitted the docs for review

| Date | Activity By | Action Taken |
|---|---|---|
| 04/21/2022 02:29:08 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Hi

Are there any updates

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 04/21/2022 04:24:14 PM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Cairo Columbus.
**Reason:** Incomplete Package
**Due Date:** 05-02-2022
**Message:**
- **Most Recent 2 Months Bank Statements:**
  Hello,

  This loan is currently in a no doc review. However, if that does not result in a modification then they would need their most recent bank statements (30 days) with the income highlighted or otherwise marked on the statements.

  Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 04/22/2022 04:20:24 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Hi

Thank you . I will get this request to the borrower.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/26/2022 05:36:16 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 05/03/2022 03:31:59 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Please find attached the requested bank statements

thank you

**Attached Files:**
Sabin (Porter) (Loan #) - bank statements Update 1 (Added 05-03-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/03/2022 04:15:15 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
thank you i have submitted the doc for reivew

| Date | Activity By | Action Taken |
|---|---|---|
| 05/23/2022 12:37:08 PM ET | Attorney | Status Report Created |

Lauren Lamb created Status Report

Download Status Report

| Date | Activity By | Action Taken |
|---|---|---|
| 06/13/2022 03:20:12 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Hi

Are there any updates?

Thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 06/13/2022 04:55:37 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
06/02/22  09:40:51 LHP  SECOND PAYMENT RECEIVED

| Date | Activity By | Action Taken |
|---|---|---|
| 06/29/2022 12:40:11 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Hi

Are there any updates?

| Date | Activity By | Action Taken |
|---|---|---|
| 06/29/2022 01:09:03 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
the second payment was received this month. Once all 3 payments them will convert.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/08/2022 11:32:44 AM ET | Attorney | Account Change |

**File Changed by:** Lauren Lamb.
**Change(s):**
Date Loss Mitigation Period Expires changed from 07/22/2022 to 09/04/2022.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/08/2022 11:33:53 AM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Please find attached the court order extending the loss mitigation period

thank you

**Attached Files:**
Sabin (Porter) (Loan #) - court order (Added 08-08-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 08/11/2022 05:18:41 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
thank you for the update.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/30/2022 01:03:25 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
HI

The borrower has a question regarding the proposed loan modification agreement.

She wants to know why the escrow amount is not included in the new mortgage payment? Why would she have to pay it separately?

Thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 08/30/2022 01:43:22 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

below is a breakdown of the modification it shows the escrow included in the monthly payment.

******* MODIFICATION BREAKDOWN******
NEW MODIFIED UPB: $145,607.24
NEW  INTEREST BEARING : $145,607.24
PRINCIPAL FORBEARANCE: $0.00
FIXED INTEREST RATE: 4.375%
DUE DATE: 09/01/2022
MATURITY DATE: 08/01/2062
TERM: 480 MONTHS
P&I PAYMENT:   $642.94
ESCROW PAYMENT: $454.79
MODIFIED PITI:  $1,097.73
=============================================
=======SPREAD ESCROW SHORTAGE OVER 60 MONTHS======
=============================================

| Date | Activity By | Action Taken |
|---|---|---|
| 08/31/2022 01:42:28 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
Hi

Thank you

The borrower received a letter with the agreement that stated that the escrow was to be paid separately. She just wanted clarification.

thank you

| Date | Activity By | Action Taken |
|---|---|---|
| 08/31/2022 05:00:35 PM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
Very welcome.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/12/2022 04:43:32 PM ET | Attorney | Account Change |

**File Changed by:** Lauren Lamb.
**Change(s):**
Date Loss Mitigation Period Expires changed from 09/04/2022 to 10/24/2022.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/12/2022 04:45:26 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Please find attached the court order extending the loss mitigation period

**Attached Files:**
Sabin (Porter) (Loan #) - court order Update 1 (Added 10-12-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/19/2022 11:45:15 AM ET | Servicer | Message Sent |

**From:** Cairo Columbus (Servicer)
**Subject:** RE: Message Sent
**Message:**
fully executed mod docs have been attached

**Attached Files:**
Sabin (Porter) (Loan #) -  Modification Agreement.pdf (Added 10-19-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/19/2022 03:40:41 PM ET | Attorney | Message Sent |

**From:** Lauren Lamb (Borrower Attorney)
**Message:**
Thank you

Approval will be filed with the court

© Stretto 2022