IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20098 CMB |
|     James L. Sabin, Jr. | : | Chapter 13 |
|     Pamela A. Sabin | : | Related to Docket No. 29 |
|         Debtors | : | |
| | : | |
|     James L. Sabin, Jr. | : | |
|     Pamela A. Sabin | : | |
|         Movants | : | |
| | : | |
|     v. | : | |
| Loan Care, LLC | : | |
|     Respondent | : | |

## ORDER OF COURT

**AND NOW,** this _____ **day of** _____, **20**__, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this Court approves the Permanent Loan Modification between the Debtors, James L. & Pamela A. Sabin and the mortgage company, LoanCare, LLC, the terms of which are as follows:

a) The new balance owed is $142,607.24
b) The interest rate is now 4.375%.
c) The principal and interest payment is $642.94 per month, the The Escrow payment is $454.79 per month. This yields a new monthly mortgage payment of $1097.73 per month.
d) Maturity date is August 1, 2062
e) The effective date is September 1, 2022.

FURTHER ORDERED:

_____J.