**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES L. SABIN, JR.<br>PAMELA A. SABIN<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>NEW REZ LLC D/B/A SHELLPOINT<br>MORTGAGE SVCNG<br><br>　　　　　Respondents | Case No. 22-20098JCM<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　　The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

　　　THE ATTORNEY FEES REQUESTED IN THE NOTICE OF POSTS PETITION FEE
　　　AND EXPENSE CLAIM HAVE BEEN RETURNED LABLED AS UNAPPLIED FUNDS.

| | |
|---|---|
| NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Court claim# 9/Trustee CID# 37 |

The Movant further certifies that on 12/19/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　　original creditor
　　　putative creditor
　　　counsel for debtor(s)
　　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JAMES L. SABIN, JR., PAMELA A. SABIN,<br>454 TIMMS LANE, BELLE VERNON, PA<br>15012 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG, 707 GRANT ST STE 2830,<br>PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MCCALLA RAYMER  ET AL, NATL<br>BANKRUPTCY DEPT**, 1544 OLD<br>ALABAMA RD**, ROSWELL, GA<br>30076-2102 | ORIGINAL CREDITOR:<br>NEW REZ LLC D/B/A SHELLPOINT<br>MORTGAGE SVCNG, C/O SHELLPOINT<br>MORTGAGE SVCNG, PO BOX 10826,<br>GREENVILLE, SC  29603-0826 |
| NEW CREDITOR: | |