FILED
9/3/26 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY JOSHUA I. GOLDMAN, ESQUIRE IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF ALYK L. OFLAZIAN, ESQUIRE, IN VARIOUS OPEN CASES | MISCELLANEOUS # 26-210-GLT<br><br>Related to Docket No. 2 |

**ORDER OF THE COURT**

AND NOW, this __ 3rd day of September __, 2026, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Joshua I. Goldman, Esquire, and Enter the Appearance of Alyk L. Oflazian, Esquire, it is hereby

ORDERED that the Motion is granted, and the appearance of Joshua I. Goldman, Esquire, as counsel of record in the list of cases attached to the Motion as Exhibit "A", is withdrawn; and it is further

ORDERED that the appearance of Alyk L. Oflazian, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Goldman in the list of cases attached to the Motion as Exhibit "A".

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

dr6