**Fill in this information to identify the case:**

Debtor 1 <u>Pamela A Porter</u>

Debtor 2 <u>James L. Sabin, Jr.</u>
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District Of Pennsylvania</u>

Case number <u>22-20098</u>

Official Form 410S1

# Notice of Mortgage Payment Change                                                                     12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

**Name of creditor**: Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee

**Court claim no**. (if known): <u>27</u>

**Last four digits** of any number you use to identify the debtor's account:   3749

**Date of payment change:** <u>09/25/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**    <u>$ 33.41</u>
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No

   ☐  Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment:  $ _____

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: <u>5.62500 %</u>       New interest rate:      <u>6.37500  %</u>

   Current principal and interest payment: <u>$ 32.33</u>  New principal and interest payment:  <u>$ 33.41</u>

Official Form 410S1              **Notice of Mortgage Payment Change**                    page 1

Debtor 1 <u>Pamela A Porter</u>　　　　　　　　　　　　　　　　　Case Number (*If known*):22-20098
　　　　　First Name　　Middle Name　　Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

　　Reason for change: _____

**Current mortgage payment:** $ _____　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Brian C. Nicholas</u>　　　　　　　　　　　Date September 02, 2022
　　Signature

Print:　　<u>Brian C. Nicholas    ATT ID: 317240</u>　　　　Title <u>Attorney for Creditor</u>
　　　　　First Name　　Middle Name　　Last Name

Company　<u>KML Law Group, P.C.</u>

Address　<u>701</u>　　<u>Market Street, Suite 5000</u>
　　　　　Number　　Street
　　　　　<u>Philadelphia,</u>　　　　　　<u>PA</u>　<u>19106</u>
　　　　　City　　　　　　　　　　　State　ZIP Code

Contact phone (215) 627–1322　　　　Email <u>bnicholas@kmllawgroup.com</u>