# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Pamela A. Sabin aka Pamela A. Porter**<br>  **James L. Sabin Jr**<br>                              **Debtor(s)**<br><br>**Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee**<br>                              **Movant**<br>                    vs.<br><br>**Pamela A. Sabin aka Pamela A. Porter**<br>**James L. Sabin Jr**<br>                              **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                              **Trustee** | **BK NO. 22-20098 TPA**<br><br>**Chapter 13**<br><br>**Related to Claim No. 27-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 2, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Pamela A. Sabin aka Pamela A. Porter
454 Timms Lane
Belle Vernon, PA 15012

James L. Sabin Jr
454 Timms Lane
Belle Vernon, PA 15012

Attorney for Debtor(s)
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: September 2, 2022

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com